**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DILLMAN, FREDERICK H | § | Case No. 09-17099 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/11/2009 . The undersigned trustee was appointed on 05/12/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized gross receipts of $ 52,037.00

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 3,536.53 |
| Bank service fees | | 425.45 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 48,075.02 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/16/2009 and the deadline for filing governmental claims was 10/16/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,851.85 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,851.85 , for a total compensation of $ 5,851.85 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 153.60 , for total expenses of $ 153.60 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/24/2013 By:/s/MICHAEL G. BERLAND
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

Case No: 09-17099 BL Judge: Bruce W. Black
Case Name: DILLMAN, FREDERICK H
For Period Ending: 09/30/13

Trustee Name: MICHAEL G. BERLAND
Date Filed (f) or Converted (c): 05/11/09 (f)
341(a) Meeting Date: 07/06/09
Claims Bar Date: 10/16/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8042 Offner-Peotone-scheduled | 500,000.00 | 0.00 | | 0.00 | FA |
| 2. 25251 S. 88th-Frankfort-scheduled | 375,000.00 | 0.00 | | 0.00 | FA |
| 3. 1011 Sinonton, Key West, Fla-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 4. Cash-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 5. 2 busness checkng- accounts-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 6. Household goods-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Wearing apparel-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Term life insurance-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 9. Stock-Old Town Concrete-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 10. Dilman & Son stock-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 11. Account receivable-Malka Homes-schedules | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2004 Dodge Ram-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 13. Business equipment & supplies-scheduled | Unknown | 52,000.00 | | 52,000.00 | FA |
| 14. Tools-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 15. Snowmbile-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 37.00 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $882,100.00 | $52,000.00 | | $52,037.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed a Motion to Employ Auctioneer And To Hold Public Auction Sale. The sale was held. The Trustee hired an accountant andt filed tax returns. The tTustee struck certain secured claims.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

Case No: 09-17099 BL Judge: Bruce W. Black
Case Name: DILLMAN, FREDERICK H

Trustee Name: MICHAEL G. BERLAND
Date Filed (f) or Converted (c): 05/11/09 (f)
341(a) Meeting Date: 07/06/09
Claims Bar Date: 10/16/09

Initial Projected Date of Final Report (TFR): 12/31/13 Current Projected Date of Final Report (TFR): 12/31/13

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 09-17099 -BL
Case Name: DILLMAN, FREDERICK H

Taxpayer ID No: *******4028
For Period Ending: 09/30/13

Trustee Name: MICHAEL G. BERLAND
Bank Name: The Bank of New York Mellon
Account Number / CD #: *******3665 Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312225503665 | Wire in from JPMorgan Chase Bank, N.A. account 312225503665 | 9999-000 | 48,480.02 | | 48,480.02 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.32 | | 48,482.34 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.88 | | 48,485.22 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.79 | | 48,488.01 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.88 | | 48,490.89 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.88 | | 48,493.77 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 48,494.16 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 48,494.57 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 48,494.96 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 48,495.37 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 48,495.78 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.37 | | 48,496.15 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 48,496.56 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 48,496.95 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 48,497.36 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 48,497.75 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 48,498.16 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 48,498.57 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 112.94 | 48,385.63 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -87.94 | 48,473.57 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 48,473.96 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 99.56 | 48,374.40 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 48,374.81 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 96.09 | 48,278.72 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 48,279.11 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 105.82 | 48,173.29 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 48,173.69 |
| | | | | Page Subtotals | 48,500.16 | 326.47 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 09-17099 -BL
Case Name: DILLMAN, FREDERICK H

Taxpayer ID No: *******4028
For Period Ending: 09/30/13

Trustee Name: MICHAEL G. BERLAND
Bank Name: The Bank of New York Mellon
Account Number / CD #: *******3665 Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 98.98 | 48,074.71 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 48,075.02 |
| 01/25/12 | | Transfer to Acct #*******4943 | Bank Funds Transfer | 9999-000 | | 48,075.02 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 48,500.47 | 48,500.47 | 0.00 |
| Less: Bank Transfers/CD's | 48,480.02 | 48,075.02 | |
| Subtotal | 20.45 | 425.45 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 20.45 | 425.45 | |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.31 | 48,174.00 |

**FORM 2**

**Exhibit B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-17099 -BL
Case Name: DILLMAN, FREDERICK H

Taxpayer ID No: *******4028
For Period Ending: 09/30/13

Trustee Name: MICHAEL G. BERLAND
Bank Name: The Bank of New York Mellon
Account Number / CD #: *******3666 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

Case No: 09-17099 -BL
Case Name: DILLMAN, FREDERICK H

Taxpayer ID No: *******4028
For Period Ending: 09/30/13

Trustee Name: MICHAEL G. BERLAND
Bank Name: JPMorgan Chase Bank, N.A.
Account Number / CD #: *******3665 Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/30/09 | 13 | American Auction Services | Sale of all vehicles per court order<br>DEPOSIT CHECK #4408 | 1129-000 | 52,000.00 | | 52,000.00 |
| 08/20/09 | 001001 | American Auction Associates | Payment of auctioneer's expenses per court order | 3620-000 | | 2,101.53 | 49,898.47 |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.03 | | 49,900.50 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.03 | | 49,902.53 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.03 | | 49,904.56 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.10 | | 49,906.66 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.10 | | 49,908.76 |
| 01/05/10 | 001002 | Internal Revenue Service | Payment of tax per tax return | 2810-000 | | 935.00 | 48,973.76 |
| 01/05/10 | 001003 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 48,473.76 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.93 | | 48,475.69 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.84 | | 48,477.53 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.17 | | 48,479.70 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500%<br>JPMORGAN CHASE BANK, N.A. | 1270-000 | 0.32 | | 48,480.02 |
| 04/06/10 | | Wire out to BNYM account 000225503665 | Wire out to BNYM account 000225503665 | 9999-000 | | 48,480.02 | 0.00 |

Page Subtotals 52,016.55 52,016.55

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 09-17099 -BL
Case Name: DILLMAN, FREDERICK H

Taxpayer ID No: *******4028
For Period Ending: 09/30/13

Trustee Name: MICHAEL G. BERLAND
Bank Name: JPMorgan Chase Bank, N.A.
Account Number / CD #: *******3665 Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 52,016.55 | 52,016.55 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 52,016.55 | 52,016.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 52,016.55 | 52,016.55 | |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 09-17099 -BL
Case Name: DILLMAN, FREDERICK H

Taxpayer ID No: *******4028
For Period Ending: 09/30/13

Trustee Name: MICHAEL G. BERLAND
Bank Name: JPMorgan Chase Bank, N.A.
Account Number / CD #: *******3666 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 09-17099 -BL
Case Name: DILLMAN, FREDERICK H

Taxpayer ID No: *******4028
For Period Ending: 09/30/13

Trustee Name: MICHAEL G. BERLAND
Bank Name: Congressional Bank
Account Number / CD #: *******4943 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******3665 | Bank Funds Transfer | 9999-000 | 48,075.02 | | 48,075.02 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 48,075.02 | 0.00 | 48,075.02 |
| Less: Bank Transfers/CD's | 48,075.02 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********3665 | 20.45 | 425.45 | 0.00 |
| Checking Account - ********3666 | 0.00 | 0.00 | 0.00 |
| Money Market Account - ********3665 | 52,016.55 | 52,016.55 | 0.00 |
| Checking Account - ********3666 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********4943 | 0.00 | 0.00 | 48,075.02 |
| | 52,037.00 | 52,442.00 | 48,075.02 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 48,075.02 0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: October 24, 2013

Case Number: 09-17099
Debtor Name: DILLMAN, FREDERICK H

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000013B<br>040<br>5300-00 | Department of Treasury<br>Internal Revenue Service<br>Pob 21126<br>Philadelphia PA 19114 | Priority | | $291,739.64 | $0.00 | $291,739.64 |
| 000001<br>070<br>7100-00 | New Hampshire Insurance Company<br>c/o Barbara L. Yong/<br>Golan & Christie, LLP<br>70 W. Madison St., Ste. 1500<br>Chicago, Illinois 60602 | Unsecured | | $19,697.00 | $0.00 | $19,697.00 |
| 000002<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $6,988.34 | $0.00 | $6,988.34 |
| 000003<br>070<br>7100-00 | CDA/PONTIAC<br>Medges Clinic Parkview<br>415 E MAIN<br>STREATOR, IL 61364 | Unsecured | | $262.40 | $0.00 | $262.40 |
| 000005B<br>070<br>7100-00 | TH Davidson & Co.<br>10175 Vans Drive<br>Frankfort, IL 60423 | Unsecured | | $449,308.51 | $0.00 | $449,308.51 |
| 000006<br>070<br>7100-00 | Silver Cross Hospital<br>Attn: Patient Accounts Dept.<br>1200 Maple Road<br>Joliet, IL 60432 | Unsecured | | $83.83 | $0.00 | $83.83 |
| 000007<br>070<br>7100-00 | Cedar Rustic Fence<br>c/o Thomas D. Chase<br>574 N. McClean Blvd.<br>Elgin, IL 60123 | Unsecured | | $14,655.56 | $0.00 | $14,655.56 |
| 000008<br>070<br>7100-00 | D & S Conveying<br>P.O. Box 515<br>Lemont, IL 60439 | Unsecured | | $1,657.49 | $0.00 | $1,657.49 |
| 000009<br>070<br>7100-00 | Ruane Construction<br>8771 W. Laraway Road<br>Frankfort, IL 60423 | Unsecured | | $28,765.20 | $0.00 | $28,765.20 |
| 000010<br>070<br>7100-00 | Concrete Clinic<br>13089 Main Street<br>Lemont, IL 60439 | Unsecured | | $32,349.36 | $0.00 | $32,349.36 |
| 000011<br>070<br>7100-00 | Style Line Cabinet Top Inc<br>c/o David R Herzog<br>77 W Washington Street Ste 1717<br>Chicago, Il 60602 | Unsecured | | $47,880.00 | $0.00 | $47,880.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: October 24, 2013

Case Number: 09-17099
Debtor Name: DILLMAN, FREDERICK H

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012<br>070<br>7100-00 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541 | Unsecured | | $289.75 | $0.00 | $289.75 |
| 000013C<br>070<br>7100-00 | Department of Treasury<br>Internal Revenue Service<br>Pob 21126<br>Philadelphia PA 19114 | Unsecured | | $137,521.06 | $0.00 | $137,521.06 |
| 000004<br>050<br>4110-00 | Integra Bank, N.A.<br>c/o Hauselman, Rappin & Olswang, Ltd<br>39 S. LaSalle St, Suite 1105<br>Chicago, IL 60603 | Secured | | $0.00 | $0.00 | $0.00 |
| 000005A<br>050<br>4110-00 | TH Davidson & Co.<br>10175 Vans Drive<br>Frankfort, IL 60423 | Secured | | $0.00 | $0.00 | $0.00 |
| 000013A<br>050<br>4110-00 | Department of Treasury<br>Internal Revenue Service<br>Pob 21126<br>Philadelphia PA 19114 | Secured | | $52,000.00 | $0.00 | $52,000.00 |
| | Case Totals: | | | $1,083,198.14 | $0.00 | $1,083,198.14 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-17099
Case Name: DILLMAN, FREDERICK H
Trustee Name: MICHAEL G. BERLAND

| | | |
|---|---|---|
| Balance on hand | $ | 48,075.02 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | Integra Bank, N.A. | $ 88,417.50 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005A | TH Davidson & Co. | $ 57,121.88 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000013A | Department of Treasury | $ 52,000.00 | $ 52,000.00 | $ 0.00 | $ 42,069.57 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 42,069.57 |
| Remaining Balance | $ | 6,005.45 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 5,851.85 | $ 0.00 | $ 5,851.85 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 153.60 | $ 0.00 | $ 153.60 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 6,005.45 |
| Remaining Balance | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 291,739.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013B | Department of Treasury | $ 291,739.64 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors                                  $                 0.00

Remaining Balance                                                       $                 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 739,458.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | New Hampshire Insurance Company | $ 19,697.00 | $ 0.00 | $ 0.00 |
| 000002 | PYOD LLC its successors and assigns as assignee of | $ 6,988.34 | $ 0.00 | $ 0.00 |
| 000003 | CDA/PONTIAC | $ 262.40 | $ 0.00 | $ 0.00 |
| 000005B | TH Davidson & Co. | $ 449,308.51 | $ 0.00 | $ 0.00 |
| 000006 | Silver Cross Hospital | $ 83.83 | $ 0.00 | $ 0.00 |
| 000007 | Cedar Rustic Fence | $ 14,655.56 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | D & S Conveying | $ 1,657.49 | $ 0.00 | $ 0.00 |
| 000009 | Ruane Construction | $ 28,765.20 | $ 0.00 | $ 0.00 |
| 000010 | Concrete Clinic | $ 32,349.36 | $ 0.00 | $ 0.00 |
| 000011 | Style Line Cabinet Top Inc | $ 47,880.00 | $ 0.00 | $ 0.00 |
| 000012 | PRA Receivables Management, LLC | $ 289.75 | $ 0.00 | $ 0.00 |
| 000013C | Department of Treasury | $ 137,521.06 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE