# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DILLMAN, FREDERICK H § Case No. 09-17099
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 12/13/2013 in Courtroom ,
United States Courthouse
Joliet City Hall
150 West Jefferson,2nd floor, Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/28/2013                    By: /s/ Michael G. Berland
                                                    Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
DILLMAN, FREDERICK H § Case No. 09-17099
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 52,037.00 |
| and approved disbursements of | $ | 3,961.98 |
| leaving a balance on hand of[1] | $ | 48,075.02 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | Integra Bank, N.A. | $ 88,417.50 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005A | TH Davidson & Co. | $ 57,121.88 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000013A | Department of Treasury | $ 52,000.00 | $ 52,000.00 | $ 0.00 | $ 42,069.57 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 42,069.57 |
| Remaining Balance | $ 6,005.45 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 5,851.85 | $ 0.00 | $ 5,851.85 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 153.60 | $ 0.00 | $ 153.60 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 6,005.45 |
| Remaining Balance | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 291,739.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013B | Department of Treasury | $ 291,739.64 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 739,458.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | New Hampshire Insurance Company | $ 19,697.00 | $ 0.00 | $ 0.00 |
| 000002 | PYOD LLC its successors and assigns as assignee of | $ 6,988.34 | $ 0.00 | $ 0.00 |
| 000003 | CDA/PONTIAC | $ 262.40 | $ 0.00 | $ 0.00 |
| 000005B | TH Davidson & Co. | $ 449,308.51 | $ 0.00 | $ 0.00 |
| 000006 | Silver Cross Hospital | $ 83.83 | $ 0.00 | $ 0.00 |
| 000007 | Cedar Rustic Fence | $ 14,655.56 | $ 0.00 | $ 0.00 |
| 000008 | D & S Conveying | $ 1,657.49 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Ruane Construction | $ 28,765.20 | $ 0.00 | $ 0.00 |
| 000010 | Concrete Clinic | $ 32,349.36 | $ 0.00 | $ 0.00 |
| 000011 | Style Line Cabinet Top Inc | $ 47,880.00 | $ 0.00 | $ 0.00 |
| 000012 | PRA Receivables Management, LLC | $ 289.75 | $ 0.00 | $ 0.00 |
| 000013C | Department of Treasury | $ 137,521.06 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors                         $           0.00

Remaining Balance                                                                                  $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
                                       Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Frederick H Dillman  
    Debtor

Case No. 09-17099-BWB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: cweston     Page 1 of 2     Date Rcvd: Oct 29, 2013  
                 Form ID: pdf006     Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2013.

```
db             +Frederick H Dillman,   P O Box 786,    Frankfort, IL 60423-0786
13902099       +American Import Tiles,    c/o Christopher Edmonds,    10560 W. Cermak Road,
                 Westchester, IL 60154-5202
13902100       +CDA/PONTIAC,    Medges Clinic Parkview,    415 E MAIN,    STREATOR, IL 61364-2927
13902106       +CREDITORS DISCOUNT & A,    415 E MAIN ST,    STREATOR, IL 61364-2927
13902101       +Cedar Rustic Fence,    c/o Thomas D. Chase,    574 N. McClean Blvd.,    Elgin, IL 60123-3259
13902102       +Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
13902104       +Continental Western Group,    10320 Orland Pkwy,    Orland Park, IL 60467-5658
13902108       +D & S Conveying,    P.O. Box 515,    Lemont, IL 60439-0515
13902109        Excel Waterproofing,    c/o Corey FitzGerald,    3870 LaSierra Ave. #239,    Escondido, CA  92025
13902110        Fst Usa Bk B,    PO Box 8650,    Wilmington, DE  19899
13902111       +HD Supply,    c/o William R. Thomas,    303 Main Street,    Elburn, IL 60119-8984
13902112       +Hsbc Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
13902115       +ILLINOIS COLLECTION SE,    8231 185TH ST STE 100,    TINLEY PARK, IL 60487-9356
13902116       +Integra Bank,    227 Main St,    Evansville, IN 47708-1445
13902117       +Integra Bank,    c/o Hauselman Rappin & Olswang,    39 S. LaSalle,    Chicago, IL 60603-1603
14238641       +Integra Bank, N.A.,    c/o Hauselman, Rappin & Olswang, Ltd,    39 S. LaSalle St, Suite 1105,
                 Chicago, IL 60603-1720
13902119       +Land Rover,    P.O. Box 680020,    Franklin, TN 37068-0020
13902120       +M & M Affordable Plumbing,    1813 Moen Ave.,    Joliet, IL 60436-9327
13902121       +MNYRCYNTNWD,    P.O. BOX 13129,    LANSING, MI 48901-3129
13902122       +NATIONWIDE CREDIT & CO,    9919 W ROOSEVELT RD,    WESTCHESTER, IL 60154-2774
13902123       +New Hampshire Insurance,    c/o Golan & Christie,    70 W. Madison, Ste. 1500,
                 Chicago, IL 60602-4265
14584044       +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    POB 41067,
                 NORFOLK VA 23541-1067
13902125       +Palos Community Hospital,    12251 S. 80th Ave.,    Palos Heights, IL 60463-0930
13902126       +Patten Industries,    635 W. Lake,    Elmhurst, IL 60126-1465
13902127       +Ruane Construction,    8771 W. Laraway Road,    Frankfort, IL 60423-9704
13902128       +Silver Cross Hospital,    Attn: Patient Accounts Dept.,    1200 Maple Road,
                 Joliet, IL 60432-1497
13902129       +Style Line Cabinet Top Inc,    c/o David R Herzog,    77 W Washington Street Ste 1717,
                 Chicago, Il 60602-3943
13902130      #+TH Davidson & Co.,    10175 Vans Drive,    Frankfort, IL 60423-7914
13902131       +United Collection Bureau,    5620 Southwyck Blvd,    Ste. 206,    Toledo, OH 43614-1501
13902132       +Wille Bros,    15800 S. Lamon,    Oak Forest, IL 60452-3500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
13902105       +Fax: 309-828-9314 Oct 30 2013 01:28:28      CRDTRS ALLNC,    PO BOX 1288,
                 BLOOMINGTON, IL 61702-1288
13902107       +E-mail/Text: clerical.department@yahoo.com Oct 30 2013 00:58:29      CREDTRS COLL,    POB 63,
                 KANKAKEE, IL 60901-0063
13902113       +E-mail/Text: Bankruptcy@icsystem.com Oct 30 2013 01:11:32      I C SYSTEM,    PO BOX 64378,
                 SAINT PAUL, MN 55164-0378
13902118        E-mail/Text: cio.bncmail@irs.gov Oct 30 2013 01:10:38      Department of Treasury,
                 Internal Revenue Service,    Pob 21126,    Philadelphia PA 19114
14066283       +E-mail/Text: blyong@golanchristie.com Oct 30 2013 01:10:48      New Hampshire Insurance Company,
                 c/o Barbara L. Yong/,    Golan & Christie, LLP,    70 W. Madison St., Ste. 1500,
                 Chicago, Illinois 60602-4265
13902124       +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 30 2013 01:11:53      OSI COLLECTION SERVICE,
                 1375 E WOODFIELD RD #110,    SCHAUMBURG, IL 60173-5423
14197289       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 30 2013 00:59:05
                 PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 7
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
13902114*      +I C SYSTEM INC,    PO BOX 64378,    SAINT PAUL, MN 55164-0378
13902103     ##+Concrete Clinic,    13089 Main Street,    Lemont, IL 60439-9373
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: cweston              Page 2 of 2              Date Rcvd: Oct 29, 2013
                              Form ID: pdf006            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2013 at the address(es) listed below:
              Christopher H Purcell    on behalf of Creditor    Land Rover Capital Group shermlaw13@aol.com
              Mark D Weisman    on behalf of Debtor Frederick H Dillman midway@prodigy.net
              Michael G Berland    einstein829@earthlink.net, IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Rappin    on behalf of Creditor    Integra Bank National Association dolswang@hrolaw.com,
               rarredondo@hrolaw.com
                                                                                              TOTAL: 5
```