UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
DILLMAN, FREDERICK H § Case No. 09-17099
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/MICHAEL G. BERLAND_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor # : 1 Countrywide Home Loans P.O. Box 650070 Dallas TX 75265-0070 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 2 Countrywide Home Loans SVB-314 P.O. Box 5170 Simi Valley CA 93062-5170 | | | | | |
| | Creditor # : 3 Integra Bank c/o Hauselman Rappin & Olswang 39 S. LaSalle Chicago IL 60603 | | | | | |
| 000013A | DEPARTMENT OF TREASURY | | | | | |
| 000004 | INTEGRA BANK, N.A. | | | | | |
| 000005A | TH DAVIDSON & CO. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| Internal Revenue Service | | | | | |
| Gloria Longest | | | | | |
| American Auction Associates | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor # :1 Internal Revenue Service 230 S. Dearborn Mail Stop 5010 CHI Chicago IL 60604 |  |  |  |  |  |
| 000013B | DEPARTMENT OF TREASURY |  |  |  |  |  |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor # : 1 S A F E C O Of Am |  |  |  |  |  |
|  | Creditor # : 10 Dermatology Skin S |  |  |  |  |  |
|  | Creditor # : 11 Excel Waterproofing c/o Corey FitzGerald 3870 LaSierra Ave. #239 Escondido CA 92025 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 12 Fst Usa Bk B PO Box 8650 Wilmington DE 19899 | | | | | |
| | Creditor # : 13 HD Supply c/o William R. Thomas 303 Main Street Elburn IL 60119 | | | | | |
| | Creditor # : 14 Hedges Clinic | | | | | |
| | Creditor # : 15 Hedges Clinic | | | | | |
| | Creditor # : 16 Hsbc Bank PO Box 5253 Carol Stream IL 60197 | | | | | |
| | Creditor # : 17 Land Rover P.O. Box 680020 Franklin TN 37068 | | | | | |
| | Creditor # : 18 M & M Affordable Plumbing 1813 Moen Ave. Joliet IL 60436 | | | | | |
| | Creditor # : 2 Absolute Vision | | | | | |
| | Creditor # : 20 Palos Community Hospital 12251 S. 80th Ave. Palos Heights IL 60463 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 21 Palos Community Hospital 12251 S. 80th Ave. Palos Heights IL 60463 | | | | | |
| | Creditor # : 22 Patten Industries 635 W. Lake Elmhurst IL 60126 | | | | | |
| | Creditor # : 23 Provena St Joseph | | | | | |
| | Creditor # : 28 Wille Bros 15800 S. Lamon Oak Forest IL 60452 | | | | | |
| | Creditor # : 3 American Import Tiles c/o Christopher Edmonds 10560 W. Cermak Road Westchester IL 60154 | | | | | |
| | Creditor # : 5 Citi PO Box 6241 Sioux Falls SD 57117 | | | | | |
| | Creditor # : 6 Community Hospital | | | | | |
| | Creditor # : 8 Continental Western Group 10320 Orland Pkwy Orland Park IL 60467 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 9 D & S Conveying P.O. Box 515 Lemont IL 60439 | | | | | |
| | Representing: Absolute Vision | | | | | |
| | Representing: Citi | | | | | |
| | Representing: Community Hospital | | | | | |
| | Representing: Dermatology Skin S | | | | | |
| | Representing: Hedges Clinic | | | | | |
| | Representing: Palos Community Hospital | | | | | |
| | Representing: Palos Community Hospital | | | | | |
| | Representing: Provena St Joseph | | | | | |
| | Representing: S A F E C O Of Am | | | | | |
| | Representing: Silver Cross Hospital | | | | | |
| 000003 | CDA/PONTIAC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | CEDAR RUSTIC FENCE | | | | | |
| 000010 | CONCRETE CLINIC | | | | | |
| 000008 | D & S CONVEYING | | | | | |
| 000013C | DEPARTMENT OF TREASURY | | | | | |
| 000001 | NEW HAMPSHIRE INSURANCE COMPANY | | | | | |
| 000012 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000002 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000009 | RUANE CONSTRUCTION | | | | | |
| 000006 | SILVER CROSS HOSPITAL | | | | | |
| 000011 | STYLE LINE CABINET TOP INC | | | | | |
| 000005B | TH DAVIDSON & CO. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 09-17099  BL  Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | DILLMAN, FREDERICK H | Date Filed (f) or Converted (c): | 05/11/09 (f) |
|  |  | 341(a) Meeting Date: | 07/06/09 |
| For Period Ending: | 04/29/14 | Claims Bar Date: | 10/16/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8042 Offner-Peotone-scheduled | 500,000.00 | 0.00 |  | 0.00 | FA |
| 2. 25251 S. 88th-Frankfort-scheduled | 375,000.00 | 0.00 |  | 0.00 | FA |
| 3. 1011 Sinonton, Key West, Fla-scheduled | 0.00 | 0.00 |  | 0.00 | FA |
| 4. Cash-scheduled | 100.00 | 0.00 |  | 0.00 | FA |
| 5. 2 busness checkng- accounts-scheduled | 0.00 | 0.00 |  | 0.00 | FA |
| 6. Household goods-scheduled | 1,500.00 | 0.00 |  | 0.00 | FA |
| 7. Wearing apparel-scheduled | 1,000.00 | 0.00 |  | 0.00 | FA |
| 8. Term life insurance-scheduled | 0.00 | 0.00 |  | 0.00 | FA |
| 9. Stock-Old Town Concrete-scheduled | 500.00 | 0.00 |  | 0.00 | FA |
| 10. Dilman & Son stock-scheduled | 0.00 | 0.00 |  | 0.00 | FA |
| 11. Account receivable-Malka Homes-schedules | 0.00 | 0.00 |  | 0.00 | FA |
| 12. 2004 Dodge Ram-scheduled | 2,000.00 | 0.00 |  | 0.00 | FA |
| 13. Business equipment & supplies-scheduled | Unknown | 52,000.00 |  | 52,000.00 | FA |
| 14. Tools-scheduled | 1,000.00 | 0.00 |  | 0.00 | FA |
| 15. Snowmbile-scheduled | 1,000.00 | 0.00 |  | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 37.00 | Unknown |
| TOTALS (Excluding Unknown Values) | $882,100.00 | $52,000.00 |  | $52,037.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed a Motion to Employ Auctioneer And To Hold Public Auction Sale. The sale was held. The Trustee hired an

accountant andt filed tax returns.  The tTustee struck certain secured claims.

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 17.04c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 09-17099    BL    Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | DILLMAN, FREDERICK H | Date Filed (f) or Converted (c): | 05/11/09 (f) |
| | | 341(a) Meeting Date: | 07/06/09 |
| | | Claims Bar Date: | 10/16/09 |

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 10/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-17099 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | DILLMAN, FREDERICK H | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******3665  Money Market Account |
| Taxpayer ID No: | *******4028 | | | |
| For Period Ending: | 04/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312225503665 | Wire in from JPMorgan Chase Bank, N.A. account 312225503665 | 9999-000 | 48,480.02 | | 48,480.02 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.32 | | 48,482.34 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.88 | | 48,485.22 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.79 | | 48,488.01 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.88 | | 48,490.89 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.88 | | 48,493.77 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 48,494.16 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 48,494.57 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 48,494.96 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 48,495.37 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 48,495.78 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.37 | | 48,496.15 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 48,496.56 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 48,496.95 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 48,497.36 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 48,497.75 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 48,498.16 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 48,498.57 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 112.94 | 48,385.63 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -87.94 | 48,473.57 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 48,473.96 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 99.56 | 48,374.40 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 48,374.81 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 96.09 | 48,278.72 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 48,279.11 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 105.82 | 48,173.29 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 48,173.69 |
| | | | Page Subtotals | | 48,500.16 | 326.47 | |

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-17099 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | DILLMAN, FREDERICK H | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******3665 Money Market Account |
| Taxpayer ID No: | *******4028 | | | |
| For Period Ending: | 04/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 98.98 | 48,074.71 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 48,075.02 |
| 01/25/12 | | Transfer to Acct #*******4943 | Bank Funds Transfer | 9999-000 | | 48,075.02 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 48,500.47 | 48,500.47 | 0.00 |
| Less: Bank Transfers/CD's | 48,480.02 | 48,075.02 | |
| Subtotal | 20.45 | 425.45 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 20.45 | 425.45 | |

Page Subtotals      0.31       48,174.00

Ver: 17.04c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 09-17099 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | DILLMAN, FREDERICK H | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******3666 Checking Account |
| Taxpayer ID No: | *******4028 | | | |
| For Period Ending: | 04/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals  0.00  0.00

Ver: 17.04c

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-17099 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | DILLMAN, FREDERICK H | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | Account Number / CD #: | *******3665  Money Market Account |
| Taxpayer ID No: | *******4028 | | |
| For Period Ending: | 04/29/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/30/09 | 13 | American Auction Services | Sale of all vehicles per court order DEPOSIT CHECK #4408 | 1129-000 | 52,000.00 | | 52,000.00 |
| 08/20/09 | 001001 | American Auction Associates | Payment of auctioneer's expenses per court order | 3620-000 | | 2,101.53 | 49,898.47 |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.03 | | 49,900.50 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.03 | | 49,902.53 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.03 | | 49,904.56 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.10 | | 49,906.66 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.10 | | 49,908.76 |
| 01/05/10 | 001002 | Internal Revenue Service | Payment of tax per tax return | 2810-000 | | 935.00 | 48,973.76 |
| 01/05/10 | 001003 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 48,473.76 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.93 | | 48,475.69 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.84 | | 48,477.53 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.17 | | 48,479.70 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.32 | | 48,480.02 |
| 04/06/10 | | Wire out to BNYM account 000225503665 | JPMORGAN CHASE BANK, N.A. Wire out to BNYM account 000225503665 | 9999-000 | | 48,480.02 | 0.00 |

Page Subtotals        52,016.55        52,016.55

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-17099 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | DILLMAN, FREDERICK H | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | Account Number / CD #: | *******3665  Money Market Account |
| Taxpayer ID No: | *******4028 | | |
| For Period Ending: | 04/29/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 52,016.55 | 52,016.55 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 52,016.55 | 52,016.55 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 52,016.55 | 52,016.55 | |

Page Subtotals    0.00    0.00

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-17099 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | DILLMAN, FREDERICK H | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | Account Number / CD #: | *******3666  Checking Account |
| Taxpayer ID No: | *******4028 | | |
| For Period Ending: | 04/29/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals         0.00         0.00

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

FORM 2 Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD Exhibit 9

| | |
|---|---|
| Case No: 09-17099 -BL | Trustee Name: MICHAEL G. BERLAND |
| Case Name: DILLMAN, FREDERICK H | Bank Name: Congressional Bank |
| | Account Number / CD #: *******4943 Checking Account |
| Taxpayer ID No: *******4028 | |
| For Period Ending: 04/29/14 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******3665 | Bank Funds Transfer | 9999-000 | 48,075.02 | | 48,075.02 |
| 12/18/13 | 001001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 5,851.85 | 42,223.17 |
| 12/18/13 | 001002 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Expenses | 2200-000 | | 153.60 | 42,069.57 |
| 12/18/13 | 001003 | Department of Treasury<br>Internal Revenue Service<br>Pob 21126<br>Philadelphia PA 19114 | Claim 000013A, Payment 80.90302% | 4110-000 | | 42,069.57 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 48,075.02 | 48,075.02 | 0.00 |
| Less: Bank Transfers/CD's | 48,075.02 | 0.00 | |
| Subtotal | 0.00 | 48,075.02 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 48,075.02 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********3665 | 20.45 | 425.45 | 0.00 |
| Checking Account - ********3666 | 0.00 | 0.00 | 0.00 |
| Money Market Account - ********3665 | 52,016.55 | 52,016.55 | 0.00 |
| Checking Account - ********3666 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********4943 | 0.00 | 48,075.02 | 0.00 |
| | 52,037.00 | 100,517.02 | 0.00 |

Page Subtotals 48,075.02 48,075.02

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 19)

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 8
Exhibit 9

| Case No: | 09-17099 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | DILLMAN, FREDERICK H | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4943 Checking Account |
| Taxpayer ID No: | *******4028 | | | |
| For Period Ending: | 04/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 17.04c